## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

RAFAEL ORELLANA-HERNANDEZ,    )
    )
    Petitioner,    )
    )
v.    )    Case No. CIV-25-1416-PRW
    )
PAMELA BONDI, et al.,    )
    )
    Respondents.    )

## ORDER

In accordance with the Court's Order entered this date, Plaintiff's Petition for Writ of Habeas Corpus is **DENIED**.

**IT IS SO ORDERED** this 24th day of April 2026.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE

1